UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MCKINLEY MARCUS,**

    **Plaintiff,**

v.                                              Case No: 8:22-cv-1135-WFJ-AAS

**TITAN AMERICA, LLC, and**
**TITAN FLORIDA, LLC,**

    **Defendants.**

_____/

## **ORDER**

Attorneys Jorge L. Costa and Anthony M. Georges-Pierre, counsel for Plaintiff McKinley Marcus, request entry of an order allowing the law firm Remer, Georges-Pierre & Hoogerwoerd, PLLC (Remer) to withdraw as counsel and to stay the matter for thirty days. (Docs. 54, 55). Defendants Titan America LLC and Titan Florida LLC (collectively, the defendants) filed a notice stating its objection to the requested stay. (Doc. 59).

Remer moves to strike the defendants' notice as inconsistent with counsel's understanding of the defendants' position as to the motions to withdraw. (Doc. 60). A motion to strike is only available when a party requests to strike from "a *pleading* an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f) (emphasis

1

added); *see also Waller v. Frost*, No. 5:05-CV-221 (DF), 2005 WL 2217434, at *2 (M.D. Ga. Sept. 9, 2005).

Accordingly, it is **ORDERED**:

(1) Remer's motions to withdraw (Docs. 54, 55) are **TAKEN UNDER ADVISEMENT**. If the defendants object to the motions, they must file a response by **May 12, 2023**.

(2) Remer's motion to strike (Doc. 60) is **DENIED**.

**ENTERED** in Tampa, Florida on May 4, 2023.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge